UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Anthony Nasseff, Jr.,

        Plaintiff,

v.                                                    Civil No. 14-4705 (JNE/JSM)
                                                      ORDER
Natalie Leseman, et al.,

        Defendants.


This matter is before the Court on a Report and Recommendation issued by the

Honorable Janie S. Mayeron, United States Magistrate Judge, on December 19, 2014. Plaintiff

has objected to the Report and Recommendation. The Court has conducted a de novo review of

the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and

Recommendation [Docket No. 8].

Therefore, IT IS ORDERED THAT:

1.     This action is SUMMARILY DISMISSED under 28 U.S.C. § 1915(e)(2)(B)(ii).

2.     Plaintiff's application to proceed *in forma pauperis* [Docket No. 2] is DENIED.

LET THE JUDGMENT BE ENTERED ACCORDINGLY.


Dated: January 30, 2015


s/Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge